IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:07-773-JFA |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TRAYONE M. BURTON | ) | |
| | ) | |
| _____ | ) | |

The government has requested that the Clerk provide to the United States Attorney a copy of the transcript of the *ex parte, in camera* hearing conducted on September 4, 2007. The court has reviewed the matters discussed in the aforementioned hearing and agrees with the government that it is necessary for the government to have access to information provided at this hearing in order to properly respond to the defendant's motion for reconsideration that is now pending in the defendant's § 2255 action. Because of this, the court authorizes the Clerk to release the transcript to the United States Attorney.

IT IS SO ORDERED.

August 6, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge